UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICE EDWARD STAPLES, JR.,<br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration,<br>Defendant. | NO. 3:13cv30047-KPN |

**STIPULATION AS TO ATTORNEY'S FEES**

Now come the parties, by and through undersigned counsel, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, hereby stipulate and agree to a lump sum payment of said fees in the amount of $5,141.17. The plaintiff waives any claim for costs.

Pursuant to an assignment agreement, the plaintiff has requested that these EAJA fees be paid directly to her attorney, Tricia M. Jacobs. The United States Supreme Court recently held that EAJA fees are payable to the prevailing party, not the prevailing party's attorney. See *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Additionally, the Supreme Court held that such fees are subject to offset, under the Treasury Offset Program, to satisfy any preexisting debt that the prevailing party might owe to the federal government. *Id.* As a convenience to Attorney Jacobs, the Commissioner will accept the EAJA fee assignment in this case and pay the fees directly to Attorney Jacobs if the defendant determines, at the time of

approval of this Stipulation, that the plaintiff owes no debt to the federal government that would require offset of those fees.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                                        By:

*/s/ Tricia M. Jacobs*          */s/ Karen L. Goodwin*
TRICIA M. JACOBS               KAREN L. GOODWIN
Attorney for Plaintiff        Assistant U.S. Attorney
175 State Street, Suite 500  300 State Street, Suite 230
Springfield, MA 01103       Springfield, MA 01105
(413)731-5000                 (413) 785-0235

Dated:

THE FOREGOING STIPULATION IS HEREBY APPROVED THIS 29th

DAY OF _April_, 2014. SO ORDERED.

                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge